# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PEGGY T. SCOTT  
PO BOX 5395  
ELGIN, IL  60121  

SSN-xxx-xx-3682

Case Number: 06-70169

Case filed on: 2/11/2006  
Plan Confirmed on: 7/24/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,822.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JAMES A YOUNG | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,500.00 | 0.00 |
| 003 | CHICAGO DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PEGGY T. SCOTT | 0.00 | 0.00 | 1.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1.84 | 0.00 |
| 001 | IRWIN HOME EQUITY | 10,854.66 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 11,189.67 | 1,073.88 | 1,073.88 | 0.00 |
|  | Total Secured | 22,044.33 | 1,073.88 | 1,073.88 | 0.00 |
| 004 | BAKER MILLER MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLATT HASENMILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BLATT HASENMILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | UNITED STUDENT AID FUNDS | 5,300.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EZ LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FLEET CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MIDWEST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 1,010.62 | 1,010.62 | 1,010.62 | 0.00 |
| 015 | PROGRESSIVE | 1,787.66 | 1,787.66 | 1,787.66 | 0.00 |
| 016 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ILLINOIS DEPARTMENT OF REVENUE | 143.93 | 143.93 | 143.93 | 0.00 |
|  | Total Unsecured | 8,242.21 | 2,942.21 | 2,942.21 | 0.00 |
|  | Grand Total: | 32,786.54 | 6,516.09 | 5,517.93 | 0.00 |

Total Paid Claimant:        $5,517.93  
Trustee Allowance:          $304.07  
Percent Paid Unsecured:     100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/29/2008            By  /s/Heather M. Fagan